# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TRUSTEES OF THE MILWAUKEE
CARPENTERS DISTRICT COUNCIL
HEALTH FUND and TRUSTEES OF
THE MILWAUKEE CARPENTERS
JOINT APPRENTICESHIP COMMITTEE
FUND,

                  Plaintiffs,

v.

HAHN'S BADGER CARPET, INC.,

                  Defendant,

and

BMO HARRIS BANK NA,

                  Garnishee-Defendant.

Case No. 17-CV-825-JPS

**ORDER**

      On January 31, 2018, judgment was entered in this case in favor of Plaintiffs and against Defendant Hahn's Badger Carpet, Inc. in the amount of $65,483.11, together with costs and post-judgment interest. (Docket #11). On April 4, 2018, Plaintiffs served a Garnishment Summons and Complaint on Garnishee-Defendant BMO Harris Bank NA ("BMO"). (Docket #15-2). On April 9, 2018, BMO answered, indicating that it was in possession of $29,700.25 of Defendant's assets. (Docket #14). On April 9, 2018, Plaintiffs served on Defendant a copy of the Garnishment Summons and Complaint that had been served on BMO. (Docket #15-3).

This matter now comes before the Court on Plaintiffs' motion for entry of a turn-over order against BMO in the amount of $29,700.25. (Docket #15). Plaintiffs indicate that the entire amount of the judgment entered on January 31, 2018 against Defendant is due and owing. *Id.* at 2. The Court is satisfied that Plaintiffs are entitled to a turn-over order against BMO in the amount of $29,700.25. *See* Fed. R. Civ. P. 69(a); Wis. Stat. §§ 812.01 *et seq*.

Accordingly,

**IT IS ORDERED** that Plaintiffs' motion for entry of a turn-over order against Garnishee-Defendant BMO Harris Bank NA (Docket #15) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that Garnishee-Defendant BMO Harris Bank NA shall pay to Plaintiffs the sum of $29,700.25.

Dated at Milwaukee, Wisconsin, this 30th day of April, 2018.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge